# Exhibit 5

# BURSOR & FISHER
P.A.

**50 Main Street, Suite 475**
**White Plains, NY, 10606**
**www.bursor.com**

**PHILIP L. FRAIETTA**
Tel: **914.874.0710**
Fax: **914.206.3656**
**pfraietta@bursor.com**

February 25, 2026

**_Via Certified Mail – Return Receipt Requested_**

Thompson Reuters America Corporation
610 Opperman Drive,
Eagan, Minnesota 55123

Re:     *Notice and Demand Letter Pursuant to MCL 445.86, and all other relevant state and local laws*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action to Thompson Reuters America Corporation  ("Defendant" or "You") pursuant to numerous provisions of Michigan law and federal law, including but not limited to MCL 445.86, on behalf of our client Anastasia Johnson ("Plaintiff"), and all other similarly situated residents of Michigan.

Michigan's Social Security Number Privacy Act ("SSNPA") provides that "a person shall not intentionally ... publicly display all or more than 4 sequential digits of the social security number" of a person. MCL 445.83(1)(a).  Yet Your Thomson Reuters CLEAR and Westlaw PeopleMap services publicly display *five* sequential digits of individuals' social security numbers ("SSNs) for every individual queried, including Plaintiff.  *See* **Exhibit A**.

To cure these defects, we demand that you make full payment of statutory damages of $1,000 to each individual whose SSN You publicly displayed, or all monies received in connection such display, whichever is greater.

We also demand that You preserve all documents and other evidence which refer or relate to any of the above-described practices during the applicable class period, including electronically stored information and including, but not limited to, the following:

1. All documents concerning the disclosure of SSNs through Your Thomson Reuters CLEAR and Westlaw PeopleMap services; and

2. All documents concerning the case *Nyman v. Thomson Reuters Holdings, Inc.*;

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter.  If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Sincerely,

Philip L. Fraietta